# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Alamine, Fikadu A. | Docket No. | 2:18CR00227-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Fikadu A Alamine, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 25th day of January 2019, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant will not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Fikadu A. Alamine is alleged to have possessed a controlled substance on January 26, 2019, in violation of RCW 69.50.4013(1), by admitting to the undersigned officer that he ingested cocaine on that date.

On January 28, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Alamine. He acknowledged an understanding of his conditions, which included a condition that he not violate any new laws.

Also on January 28, 2019, Mr. Alamine verbally admitted he ingested a ½ gram of cocaine on January 26, 2019. Subsequently, Mr. Alamine signed a substance abuse admission form acknowledging his use of cocaine.

Although Mr. Alamine was not arrested for any crimes on January 26, 2018, it is alleged he violated RCW 69.5034013(1), by possessing cocaine prior to ingesting the substance on that date.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:    January 30, 2019 |
|  | by | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

January 31, 2019
_____
Date