UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2019

SEAN F. MCAVOY, CLERK

U.S.A. vs.          Alamine, Fikadu A.          Docket No.          2:18CR00227-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Fikadu A Alamine, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 25th day of January 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers for an initial appearance on a petition and status hearing. The Court continued Mr. Alamine's release under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall repot as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Fikadu A. Alamine is alleged to have failed to report as instructed by the U.S. Probation Office, on February 20, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included standard condition number 6.

On February 20, 2019, the undersigned officer verbally instructed Mr. Alamine to report to the U.S. Probation Office after his hearing before the Court on that date and submit to drug testing. Mr. Alamine failed to report to the U.S. Probation Office on February 20, 2019, as instructed.

**Violation #2:** Fikadu A. Alamine is alleged to have ingested heroin, 4 to 5 days per week between March 1, and March 20, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included standard condition number 9.

**Re: Alamine, Fikadu A.**
**March 27, 2019**
**Page 2**

On March 22, 2019, Mr. Alamine reported to the U.S. Probation Office and met with the undersigned officer. Mr. Alamine was unable to produce a urine sample for the purpose of drug testing, upon request. However, Mr. Alamine admitted to smoking heroin 4 to 5 days per week since March 1, 2019. Subsequently, Mr. Alamine signed a substance abuse admission form acknowledging his use of heroin. It should be noted that a follow up conversation regarding his drug use occurred between Mr. Alamine and the undersigned officer on March 26, 2019. Mr. Alamine advised his last use of heroin was on March 20, 2019.

**Violation #3:** Fikadu A. Alamine is alleged to have failed to report for random drug testing on March 25, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included additional condition number 27.

On March 22, 2019, the undersigned officer referred Mr. Alamine to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Alamine was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

On March 25, 2019, Mr. Alamine appeared at PHS for a substance abuse evaluation. However, he failed to submit to random drug testing as a part of the phase urinalysis testing program on that date.

**Violation #4:** Fikadu A. Alamine is alleged to have failed to report to the U.S. Probation Office and submit to drug testing, as instructed.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included standard condition number 6 and additional condition number 27.

On March 26, 2019, the undersigned officer contacted Mr. Alamine and instructed him to report to the U.S. Probation Office on that date to submit to drug testing, due to Mr. Alamine failing to report for random urinalysis testing on March 25, 2019. Mr. Alamine failed to report to the U.S. Probation Office as instructed and did not submit to drug testing on March 26, 2019.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   March 27, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Alamine, Fikadu A.
March 27, 2019
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 28, 2019

Date