# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Alamine, Fikadu A. | Docket No. | 2:18CR00227-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Fikadu A Alamine, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 25th day of January 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition and status hearing. The Court continued Mr. Alamine's release under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall repot as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5**: Fikadu A. Alamine is alleged to have failed to report as instructed, by the U.S. Probation Office, on April 10, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included standard condition number 6.

On April 9, 2019, the undersigned officer contacted Mr. Alamine via telephone communication. During that telephone conversation, the undersigned officer instructed Mr. Alamine to report to the U.S. Probation Office on April 10, 2019, at 3 p.m.

On April 10, 2019, at approximately 1:22 p.m., the undersigned officer contacted Mr. Alamine via telephone communication to address an issue. During that telephone conversation, the undersigned officer reminded Mr. Alamine of his scheduled appointment at 3 p.m., on April 10, 2019.

Mr. Alamine failed to report to the U.S. Probation Office as instructed on April 10, 2019.

**Violation #6:** Fikadu A. Alamine is alleged to tested positive for the presence of morphine and cocaine on April 8, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included standard condition number 9.

On April 8, 2019, Mr. Alamine reported to Pioneer Human Services for the purpose of random drug testing and submitted a urine specimen that tested presumptive positive for the presence of cocaine and morphine. Mr. Alamine denied using cocaine and morphine and signed a substance abuse denial form. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On April 14, 2019, Alere confirmed the aforementioned urine specimen tested positive for the presence of codeine, morphine, and cocaine.

**Violation #7:** Fikadu A. Alamine is alleged to have failed to report for random drug testing on April 12, 2019.

On February 1, 2019, Mr. Alamine appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on a petition for action on conditions of pretrial release and status hearing. The Court modified the conditions of pretrial release supervision, which included additional condition number 27.

On March 22, 2019, the undersigned officer referred Mr. Alamine to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Alamine was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

On April 12, 2019, Mr. Alamine failed to report to Pioneer Human Services for random drug testing.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2019

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

April 16, 2019
Date