Report Date:  February 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fikadu A. Alamine          Case Number: 0980 2:18CR00227-TOR-1

Address of Offender:                                       , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 16, 2019

| | |
|---|---|
| Original Offense: | Manufacture of Marijuana (Hashish Oil), 21 U.S.C. § 841(a)(1), (b)(1)(D) |
| Original Sentence: | Prison - 6 months           Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard           Date Supervision Commenced: September 12, 2019 |
| Defense Attorney: | Matthew A. Campbell           Date Supervision Expires: September 11, 2022 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Order Modifying Supervision dated December 19, 2019**: Defendant shall enter into and complete an in-patient treatment program for a minimum of 30 days. |

**Supporting Evidence**: On February 4, 2020, Mr. Alamine was terminated unsuccessfully from inpatient treatment at Pioneer Center East (PCE).

On December 19, 2019, a supervised release violation hearing was held.  Mr. Alamine was ordered to enter into and complete an inpatient treatment program for a minimum of 30 days.

On December 30, 2019, Mr. Alamine entered into inpatient treatment at PCE.  On January 24, 2020, the undersigned officer was contacted by staff at PCE, who stated Mr. Alamine was in need of additional inpatient treatment beyond 30 days, and requested if the U.S. Probation Office would be able to assist financially.  That request was authorized and Mr. Alamine was given an additional 15 days of inpatient treatment.

On January 28, 2020, PCE staff contacted the undersigned officer advising that Mr. Alamine had been placed on a behavioral contract for getting into an altercation with another client at the facility, in addition to yelling and being disruptive toward staff.

On February, 4, 2020, the undersigned officer was contacted by staff at PCE who informed the undersigned that they will be terminating Mr. Alamine, unsuccessfully, due to his continued inappropriate behavior. Specifically, Mr. Alamine was caught using chewing tobacco, which is prohibited. When he was directed to empty his pockets, he refused and he was observed by staff swallowing the chewing tobacco. When confronted again, he continued to be defiant and deny the staff's claims that he was using chewing tobacco.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/04/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Thomas O. Rice
Chief United States District Judge

Signature of Judicial Officer

February 4, 2020

Date